*1027 540 U. S. 1178;
ante, p. 902;
540 U. S. 1181;
540 U. S. 1219;
*1028 No. 03-7042.
No. 03-7215.
No. 03-7872.
No. 03-7914.
No. 03-7936.
No. 03-7950.
No. 03-8092.
No. 03-8425.
No. 03-8488.
No. 03-8605.
540 U. S. 1116;
540 U. S. 1121;
540 U. S. 1155;
540 U. S. 1193;
540 U. S. 1194;
540 U. S. 1194;
540 U. S. 1222;
540 U. S. 1225;
540 U. S. 1225;
540 U. S. 1227. Petitions for rehearing denied.